IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ALTRIA CLIENT SERVICES LLC and U.S. SMOKELESS TOBACCO COMPANY LLC, | ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | 1:20CV472 |
| | ) | |
| R.J. REYNOLDS VAPOR COMPANY and MODORAL BRANDS, INC., | ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on a Joint Motion to Modify Pretrial Scheduling Order [Doc. #301]. The parties' co-extensive efforts to coordinate trial preparation in addition to that ordered by the Court's Pretrial Scheduling Order [Doc. #295] is appreciated. And the parties are encouraged to continue to do so as outlined in their proposed schedule. However, their motion is denied. Objections to exhibits, deposition designations, and deposition counter-designations will be heard the week before trial during the pretrial hearing on motions in limine scheduled to begin on August 22, 2022, thus avoiding to the extent possible the inconvenience and hardship the resolution of such disputes would impose on the jury that will be convened for trial.

IT IS HEREBY ORDERED that the Joint Motion to Modify Pretrial Scheduling Order [Doc. #301] is DENIED.

This the 21st day of July, 2022.

<u>/s/ N. Carlton Tilley, Jr.</u><br>
Senior United States District Judge