UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ALTRIA CLIENT SERVICES LLC and U.S. SMOKELESS TOBACCO COMPANY LLC,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>R.J. REYNOLDS VAPOR COMPANY and MODORAL BRANDS, INC.,<br><br>Defendants/Counterclaim Plaintiffs. | Civil Action No: 20-CV-472 |

**NOTICE OF JOINT STIPULATION ON RESPONSES AND REPLIES TO PRETRIAL MOTIONS AND MOTION TO EXTEND RULE 26 DEADLINES**

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and 26(a)(3), Plaintiffs Altria Client Services LLC and U.S. Smokeless Tobacco Company LLC (collectively, "Altria") and Defendants R.J. Reynolds Vapor Company and Modoral Brands, Inc. (collectively, "Reynolds") hereby jointly stipulate to modify the deadline for the parties to file oppositions to motions *in limine* and *Daubert* motions and to waive reply briefs. Currently, under the Local Rules, the parties' oppositions are due August 18 and replies are due September 1. However, the Court will hear argument on the parties' motions *in limine* and *Daubert* motions on August 22, and trial is scheduled to begin August 29. To afford the Court sufficient time to review the parties' motions *in limine* and *Daubert* motions, the parties hereby stipulate to filing opposition briefs by August 11. The parties also agree to waive reply briefs.

In addition, the deadline to serve objections to exhibit lists, objections to deposition designations, and deposition counter-designations is August 4. Reynolds moves to extend this deadline to August 11, and to set the deadline to serve objections to deposition counter-designations for August 18. The proposed extension still will permit the Court to hear argument on the parties' objections to exhibits, objections to deposition designations, and objections to deposition counter-designations during the hearing scheduled for the week before trial (*see* Dkt 302). Altria consents to Reynolds's motion. Accordingly, for good cause shown, Reynolds respectfully requests that the Court grant an extension to serve objections to Rule 26 pretrial disclosures to August 11. A proposed order is submitted herewith.

Dated: July 27, 2022

/s/ *John F. Morrow, Jr.*
John F. Morrow, Jr. (NC Bar No. 23382)
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: +1 (336) 721-3584
Facsimile: +1 (336) 733-8429
Email: John.Morrow@wbd-us.com

Stephanie E. Parker (GA Bar No. 563250)*
Jason T. Burnette (GA Bar No. 242526)*
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, Georgia 30361
Telephone: + 1 (404) 521-3939
Facsimile: + 1 (404) 581-8330
Email: separker@jonesday.com
Email: jtburnette@jonesday.com

William E. Devitt (IL Bar No. 6229133)*
John A. Marlott (IL Bar No. 6230613)*
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, Illinois 60606
Telephone: + 1 (312) 782-3939
Facsimile: +1 (312) 782-8585
Email: wdevitt@jonesday.com
Email: jamarlott@jonesday.com

Emily J. Tait (MI Bar No. P74708)*
JONES DAY
150 West Jefferson, Suite 2100
Detroit, Michigan 48226-4438
Telephone: + 1 (313) 733-3939
Facsimile: +1 (313) 230-7997
Email: etait@jonesday.com

Respectfully submitted,

/s/    *Robert C. Van Arnam*
Robert C. Van Arnam
N.C. Bar No. 28838
Andrew R. Shores
N.C. Bar No. 46600
WILLIAMS MULLEN
301 Fayetteville Street
Suite 1700
Raleigh, NC 27601
Tel: (919) 981-4055

Elizabeth S. Weiswasser*
Anish R. Desai*
WEIL, GOTSHAL & MANGES LLP
767 5th Avenue
New York, NY 10153
Tel: (212) 310-8000

W. Sutton Ansley*
Stephanie Adamakos*
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Tel: (202) 682-7000

Adrian C. Percer*
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000

*Counsel for Plaintiffs Altria Client Services LLC and U.S. Smokeless Tobacco Company LLC*

* *Special Appearance Under Local Rule 83.1(d)*

Michael S. Quinlan (OH Bar No. 0088386)*
JONES DAY
901 Lakeside Ave.
Cleveland, Ohio 44114
Telephone: +1 (216) 586-3939
Email: msquinlan@jonesday.com

*Counsel for R.J. Reynolds Vapor Company and Modoral Brands, Inc.*

*\* Special Appearance Under Local Rule 83.1(d)*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will give notice of such filing to all attorneys currently of record in the above-captioned case.

Dated: July 27, 2022

                                             */s/ John F. Morrow, Jr.*
                                             John F. Morrow, Jr. (NC Bar No. 23382)
                                             WOMBLE BOND DICKINSON (US) LLP
                                             One West Fourth Street
                                             Winston-Salem, North Carolina 27101
                                             Email: John.Morrow@wbd-us.com

                                             *Counsel for R.J. Reynolds Vapor Company and Modoral Brands, Inc*