IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ALTRIA CLIENT SERVICES LLC<br><br>Plaintiff,<br><br>v.<br><br>R.J. REYNOLDS VAPOR COMPANY<br><br>Defendant. | Civil Action No: 20-CV-472 |

## NOTICE OF SPECIAL APPEARANCE

Please take notice that the undersigned Mark A. Perry hereby enters a notice of special appearance as counsel for Plaintiff, Altria Client Services, Inc. in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Robert C. Van Arnam. I agree to the requirements set forth by Local Civil Rule 83.1(d)(i) and (ii) and will provide all documents to local counsel for review prior to filing the document with the court.

Dated: September 17, 2024

                                                  Respectfully Submitted,

                                                  By: /s/ *Mark A. Perry*

                                                  Mark A. Perry (DC Bar No. 438203)
                                                  Attorney for the Plaintiff
                                                  WEIL, GOTSHAL & MANGES, LLP
                                                  2001 M Street, NW, Suite 600
                                                  Washington, DC 20036
                                                  Telephone: 202-682-7511
                                                  Mark.Perry@weil.com

By: /s/ *Robert C. Van Arnam*

Robert C. Van Arnam (NC Bar No. 28838)
Andrew R. Shores (NC Bar No. 46600)
Attorneys for Plaintiff
WILLIAMS MULLEN
301 Fayetteville Street, Suite 1700
Raleigh, North Carolina 27601
Telephone: (919) 981-4000
rvanarnam@williamsmullen.com
ashores@williamsmullen.com

*Local Civil Rule 83.1(d) Counsel*

2

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will give notice of such filing to counsel of record in the above-captioned case.

Dated: September 17, 2024

By: /s/ *Mark A. Perry*

Mark A. Perry (DC Bar No. 438203)
Attorney for the Plaintiff
WEIL, GOTSHAL & MANGES, LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: 202-682-7511
Mark.Perry@weil.com
