**ALTRIA CLIENT SERVICES LLC**,

Plaintiff,

v.

**R.J. REYNOLDS VAPOR COMPANY**,

Defendant.

Case No. 1:20-cv-00472-WO-JGM

**DECLARATION OF MARK A. PERRY IN SUPPORT OF
ALTRIA'S OPPOSITION TO R.J. REYNOLDS VAPOR COMPANY'S
REQUEST FOR JUDICIAL NOTICE**

I, Mark A. Perry, under penalty of perjury, declare as follows:

1. I am a partner at the law firm of Weil, Gotshal & Manges LLP ("Weil"), and am one of the attorneys representing Altria Client Services LLC ("Altria") in this action. I am a member in good standing of the District of Columbia Bar, the California State Bar, and the New York State Bar. I appeared before this Court by special appearance under Local Rule 83.1(d) on September 17, 2024. Dkt. 630.

2. I submit this declaration based upon my personal knowledge, information, and belief, on behalf of Altria and in support of Altria's concurrently filed Memorandum of Law in Opposition to R.J. Reynolds Vapor Company's Request for Judicial Notice.

3. Attached hereto as Exhibit A is a true and accurate copy of email correspondence dated February 12, 2026 between Mark Perry and Jason Burnette et al. re: "Altria Client Services, LLC v. R.J. Reynolds Vapor Company – Judicial Notice."

4.      Attached hereto as Exhibit B is a true and accurate copy of a letter dated April 10, 2026 from Luna Barrington to Jason Burnette et al. re: "*Altria Client Services LLC v. R. J. Reynolds Vapor Company*, No. 1:20-cv-472 (M.D.N.C.)."

5.      Attached hereto as Exhibit C is a true and accurate copy of email correspondence dated April 10, 2026 between Jason Burnette and Rachel Hujsa et al re: "MDNC – LR 40.1(d)."

I declare under the penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge.


Respectfully submitted,


Dated:  April 13, 2026                          */s/ Mark A. Perry*


                                                 Mark A. Perry
                                                 WEIL, GOTSHAL & MANGES LLP
                                                 2001 M Street, NW, Suite 600
                                                 Washington, DC 20036
                                                 Tel: (202) 682-7000
                                                 Email: mark.perry@weil.com

                                                 *Counsel for Plaintiff*
                                                 *Altria Client Services LLC*