# EXHIBIT A

| From: | Perry, Mark |
| --- | --- |
| Sent: | Thursday, February 12, 2026 2:19 PM |
| To: | Burnette, Jason T.; Barrington, Luna; sansley@paulweiss.com; mbranch@paulweiss.com; Chapla, Claire; Anderson, Sierra; eweiswasser@paulweiss.com; adesai@paulweiss.com; PPatel@paulweiss.com; msieger@paulweiss.com; ewesterhold@paulweiss.com; rvanarnam@williamsmullen.com; cpoe@williamsmullen.com; Mills, Sean; Weil-Altria-MDNC |
| Cc: | RJRMDNC-Rule60; Morrow, John |
| Subject: | Re: Altria Client Services, LLC v. R.J. Reynolds Vapor Company - Judicial Notice |

Jason,

We agree that complete copies, with exhibits, of Altria's periodic SEC filings (10-K, 10-Q, 8-K, and the like) are subject to judicial notice under FRE 201.  That category includes RX-620, RX-622, RX-635, RX-636, RX-644, RX-645, RX-650, RX-665, RX-668, RX-687, and RX-690 (to the extent each is complete in all respects, which we have not independently verified).  If there are other specific SEC filings you have in mind, we are happy to review.

The rest of the documents on your list below are not subject to judicial notice under FRE 201.

Thanks.

MAP



**Mark A. Perry**

Weil, Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
mark.perry@weil.com
+1 202 682 7511 Direct
+1 540 692 2460 Mobile

**From:** "Burnette, Jason T." <jtburnette@jonesday.com>
**Date:** Wednesday, February 11, 2026 at 4:15 PM
**To:** Luna Barrington <Luna.Barrington@weil.com>, "sansley@paulweiss.com" <sansley@paulweiss.com>, "mbranch@paulweiss.com" <mbranch@paulweiss.com>, Claire Chapla <Claire.Chapla@weil.com>, Mark Perry <Mark.Perry@weil.com>, Sierra Anderson <Sierra.Anderson@weil.com>, "eweiswasser@paulweiss.com" <eweiswasser@paulweiss.com>, "adesai@paulweiss.com" <adesai@paulweiss.com>, "PPatel@paulweiss.com" <PPatel@paulweiss.com>, "msieger@paulweiss.com" <msieger@paulweiss.com>, "ewesterhold@paulweiss.com" <ewesterhold@paulweiss.com>, "rvanarnam@williamsmullen.com" <rvanarnam@williamsmullen.com>, "cpoe@williamsmullen.com" <cpoe@williamsmullen.com>, Sean Mills <sean.mills@weil.com>, Weil-Altria-MDNC <Weil-Altria-MDNC@weil.com>

**Cc:** RJRMDNC-Rule60 <RJRMDNC-Rule60@jonesday.com>, "Morrow, John" <john.morrow@wbd-us.com>
**Subject:** Altria Client Services, LLC v. R.J. Reynolds Vapor Company - Judicial Notice

Counsel:

Following up on our meet and confer yesterday, Reynolds intends to seek judicial notice of the following:

- Altria's SEC Filings (Exs. RX-632, RX-634, RX-637, RX-638, RX-639, RX-640, RX-664)
- Filings in the FTC Investigation against Altria and JUUL (Exs. RX-620, RX-622, RX-635, RX-636, RX-644, RX-645, RX-650, RX-665, RX-668, RX-680, RX-687, RX-690, RX-631)
- The fact that NJOY and JUUL filed complaints and the date of those complaints in the following actions:
  - *JUUL Labs, Inc. and VMR Products LLC v. NJOY, LLC, NJOY Holdings, Inc., Altria Group, Inc., Altria Group Distribution Company, and Altria Clients Services LLC*, Docket No. 2:23-cv-01204-SPL (D. Az.)
  - *NJOY, LLC v. JUUL Labs, Inc.*, Docket No. 1:23-cv-00917-MN (D. Del.)
  - *JUUL Labs, Inc. v. NJOY, LLC, NJOY Holdings, Inc., Altria Group, Inc., Altria Group Distribution Company, and Altria Client Services LLC*, Docket No. 2:25-cv-02853-JJT (D. Az.)
  - *NJOY, LLC v. JUUL Labs, Inc.*, Docket No. 1:25-cv-01171-MN (D. Del.)
  - *In the Matter of Certain Vaporizer Devices, Cartridges Used Therewith, and Components Thereof*, No. 337-TA-1460
  - *In the Matter of Certain Vaporizer Devices, Cartridges Used Therewith, and Components Thereof*, No. 337-TA-1368
  - *In the Matter of Certain Vaporizer Devices, Cartridges Used Therewith, and Components Thereof*, No. 337-TA-1469
  - *In the Matter of Certain Vaporizer Devices, Cartridges Used Therewith, and Components Thereof*, No. 337-TA-1372
- The fact that press releases and online articles were published by certain sources on certain dates and that the information contained therein was publicly available at that time. (Exs. RX-630, RX-646, RX-663, RX-675, RX-688)

Pease let us know by Friday, February 13, whether you consent to the motion, and if not, please let us know which categories or exhibits, if any, you oppose.


Jason T. Burnette
Partner
Jones Day
1221 Peachtree Street NE
Suite 400
Atlanta, GA 30361
(404) 581-8724, direct
(404) 581-8330, fax


***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***