# EXHIBIT B

767 Fifth Avenue
New York, NY 10153
Phone: +1 212 310 8000
Fax: +1 212 310 8007

BY E-MAIL

**Luna Barrington**
+1 212 310 8421
Luna.Barrington@weil.com

April 10, 2026

Jason T. Burnette
Emily C. Baker
Mike Quinlan
Jones Day
1221 Peachtree Street, N.E., Suite 400
Atlanta, Georgia 30361

Re: *Altria Client Services LLC v. R. J. Reynolds Vapor Company*, No. 1:20-cv-472 (M.D.N.C.)

Counsel:

Thank you for the productive meet-and-confer this morning.  We are writing to confirm our positions on several points we discussed.

(1) **Motions to Seal (LR 40.1(d)).**  Altria will not agree to close the courtroom for any purpose, and will not agree that any document in Reynolds' Category 3 may be sealed. Reynolds put those documents at issue by filing its Rule 60 motion. As for the remaining documents, Reynolds' requests are overbroad.

(2) **Oppositions to Sealing Motions.**  We propose (with the Court's approval) that the parties file written oppositions by noon ET on Thursday, April 16.  Unless Reynolds significantly narrows its sealing requests, Altria intends to request a hearing on sealing issues before the evidentiary hearing begins.

(3) **Motion to Compel.**  As discussed, Altria has withdrawn its motion to compel insofar as it sought BAT documents from Reynolds. Dkt. 766.

(4) **Exhibit List.**  We propose that the parties serve amendments to the exhibit lists by 5 PM ET on Monday, April 13 so that any issues may be addressed with the Court at the pretrial conference.

(5) **Reynolds' Request for Judicial Notice.**  Reynolds filed its Request for Judicial Notice this morning, on April 10, 2026. This is an evidentiary motion that is untimely under the parties' stipulation and the Court's order of March 30, 2026.  Altria provided its position on this issue to

Reynolds on February 12, and there was no reason for Reynolds to wait until the eve of trial to file it.  We request that Reynolds narrow its request to the agreed-upon SEC materials.

Altria reserves all rights.

Sincerely,

*/s/ Luna Barrington*

Luna Barrington
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY
Tel: (212) 310-8421
Email: luna.barrington@weil.com