# EXHIBIT C

| From: | Burnette, Jason T. <jtburnette@jonesday.com> |

**From:** Burnette, Jason T. <jtburnette@jonesday.com>
**Sent:** Friday, April 10, 2026 5:13 PM
**To:** Hujsa, Rachel; Perry, Mark; DeGory, Amelia A.; Smith, Lexi; Maiorana, David M.; Morrow, John
**Cc:** Weil-Altria-MDNC; Barrington, Luna; cpoe@williamsmullen.com; sansley@paulweiss.com; mbranch@paulweiss.com; RJRMDNC-Rule60
**Subject:** RE: MDNC -- LR 40.1(d)

Rachel and Luna,

Thank you for your letter following this morning's meet-and-confer. On behalf of Reynolds, we offer the following responses and address other topics from our call.

**Motions to Seal & Responses**:
- We agree to stipulate that any responses to the parties' forthcoming motions to seal trial exhibits and testimony will be filed by Thursday, April 16, at noon ET.
- Regarding your statement that Altria will not agree to close the courtroom, as we explained, we are making the request to avoid the suggestion or argument that by failing to prevent public disclosure of the testimony Reynolds waived the right to maintain the confidentiality of admitted exhibits or to request redactions to the trial transcripts. We can avoid making such a request if you would please confirm that Altria will agree not to argue that Reynolds has waived the right to maintain confidentiality of admitted exhibits or to request redactions to the trial transcripts by not requesting to seal the courtroom.
- In an effort to avoid burdening the Court with unnecessary disputes, we again request that Altria narrow its exhibit list of 545 exhibits or identify which exhibits it is likely to present at trial, so that we may narrow our list of Altria's exhibits for which we will request sealing.
- Finally, please send copies of the correspondence to which you referred on our call in which you stated you proposed a procedure for narrowing Altria's exhibit list and the exhibits to be sealed.

**Witness Disclosures**: We confirm Altria's agreement to disclose its first witness (including accompanying exhibits and demonstratives) by 6 p.m. on Saturday. Please confirm that Altria will disclose the remainder of its witnesses (including accompanying exhibits and demonstratives) by Sunday at 6 p.m. Please confirm that the parties agree to provide objections within 24 hours of the applicable disclosure.

**BAT Exhibits**: We agree to your proposal to serve amendments to the exhibit lists by 5 p.m. ET on Monday, April 13 limited to documents produced by BAT.

**Wasey designations**: We propose that the parties prepare designations from the deposition transcript once the final is available, recognizing there may be changes as a result of Mr. Wasey's and the Hearing Examiner's review. Once available, the parties will confer on a schedule for proposing designations, counters, and objections before the start of the evidentiary hearing on April 20.

**Courtroom Tech**: We confirm that our tech staff is available to meet at the court on April 16 at 10 a.m. to set up and test equipment.

**Reynolds's Request for Judicial Notice**: Reynolds disagrees with your contention that the Request for Judicial Notice is an "evidentiary motion" or is otherwise "untimely" under the Court's March 30, 2026 text order. The deadline for "other evidentiary motions" does not encompass a request under Federal Rule of Evidence 201, which uses the distinguishing term "request" rather than "motion," and states the Court may take judicial notice

1

at "any stage of the proceeding." The Advisory Committee Notes confirm that "[n]o formal scheme of giving notice is provided" by the Rule. A request for judicial notice is akin to offering exhibits for admission at trial, and we have provided Altria with even more notice than the parties considered sufficient for advanced disclosure of exhibits to be used with witnesses. The Court's text order shortening the response time to April 8, 2026, was clearly directed at the briefing schedule for the specific motions filed on March 27, excluding motions to seal, rather than imposing a blanket deadline for all subsequent motions or distinct procedural requests for the admission of evidence.

Best,
Jason

Jason T. Burnette
Partner
Jones Day
1221 Peachtree Street NE
Suite 400
Atlanta, GA 30361
(404) 581-8724, direct
(404) 581-8330, fax

---

**From:** Hujsa, Rachel <Rachel.Hujsa@weil.com>
**Sent:** Friday, April 10, 2026 2:19 PM
**To:** Perry, Mark <Mark.Perry@weil.com>; DeGory, Amelia A. <adegory@jonesday.com>; Smith, Lexi <asmith@jonesday.com>; Burnette, Jason T. <jtburnette@jonesday.com>; Maiorana, David M. <dmaiorana@jonesday.com>; Morrow, John <john.morrow@wbd-us.com>
**Cc:** Weil-Altria-MDNC <Weil-Altria-MDNC@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>; cpoe@williamsmullen.com; sansley@paulweiss.com; mbranch@paulweiss.com; RJRMDNC-Rule60 <RJRMDNC-Rule60@jonesday.com>
**Subject:** RE: MDNC -- LR 40.1(d)

Counsel:

Please see the attached correspondence.

Thank you,
Rachel



**Rachel Hujsa**
She/her/hers
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
rachel.hujsa@weil.com
+1 212 310 8516 Mobile
+1 212 310 8007 Fax

---

**From:** Perry, Mark <Mark.Perry@weil.com>
**Sent:** Thursday, April 9, 2026 5:35 PM
**To:** Hujsa, Rachel <Rachel.Hujsa@weil.com>; DeGory, Amelia A. <adegory@jonesday.com>; Weil-Altria-MDNC <Weil-Altria-MDNC@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>; cpoe@williamsmullen.com;

2

sansley@paulweiss.com; mbranch@paulweiss.com
**Cc:** RJRMDNC-Rule60 <RJRMDNC-Rule60@jonesday.com>; Smith, Lexi <asmith@jonesday.com>; Burnette, Jason T. <jtburnette@jonesday.com>; Maiorana, David M. <dmaiorana@jonesday.com>; Morrow, John <john.morrow@wbd-us.com>
**Subject:** Re: MDNC -- LR 40.1(d)

Counsel,

Please replace the note sent at 4:01 ET with this one, which corrects the procedure for third-party information at this stage of the proceeding.

Pursuant to L.R. 40.1(d), Please see below for the documents Altria intends to move to seal for the upcoming hearing. We look forward to discussing tomorrow.

| | | | |
|---|---|---|---|
| Altria's Exhibit List | PX-118 | Altria_MDNC_R60_0000015017 | Altria Inter-Office Correspondence from I.Feldman Accounting Assessment for Investment in JUUL La |
| Altria's Exhibit List | PX-122 | Altria2_MDNC0000030688 | US Settlement and License Agreement between Nu |
| Altria's Exhibit List | PX-309 | Altria _MDNC_R60_0000045922 | Stock Purchase Agreement between JUUL and Altr |
| Altria's Exhibit List | PX-591 | Altria_MDNC0000185829 | Letter from M. Robinson of Stout Risius Ross, LLC Mark, US Settlement and License Agreement MFL |
| RJR Exhibit List | RX-604 | Altria_MDNC_R60_0000010309 | Email from Blaylock to Crosthwaite with attachme |
| RJR Exhibit List | RX-606 | Altria_MDNC_R60_0000014707 | Project Tree Presentation (8/21/2018) |
| RJR Exhibit List | RX-641 | Altria_MDNC_R60_0000016913 | Emails between AGI and JUUL Outside Counsel re |
| RJR Exhibit List | RX-655 | Altria_MDNC_R60_0000006574 | Term Sheet re Acorn/Tree Heat-not-Burn from JUU |
| RJR Exhibit List | RX-658 | Altria_MDNC_R60_0000006598 | Email Tepe to Garnick re Acorn/Tree HNB with atta |
| RJR Exhibit List | RX-660 | Altria_MDNC_R60_0000018139 | JUUL license to Altria for HNB patents March 3, 20 |
| RJR Exhibit List | RX-661 | ALTRIA_MDNC_R60_0000018186 | Altria, Stock Transfer Agreement, 3/3/2023 |

Altria also intends to move to seal the portions of Mr. Blaylock's and Mr. Malackowski's depositions, and Mr. Malackowski's Reports, to the extent they refer to the above-referenced materials (in the event they are offered at the hearing for any purpose).

Under LR 40.1(d), third parties have the obligation to file their own motions to seal any information. That is why we sent letters to JUUl and Centerview earlier this week (copying Reynolds) and will do the same with respect to BAT now that the deposition has concluded.

Thanks.

MAP



**Mark A. Perry**

Weil, Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
mark.perry@weil.com
+1 202 682 7511 Direct
+1 540 692 2460 Mobile

---

**From:** Rachel Hujsa <Rachel.Hujsa@weil.com>
**Date:** Thursday, April 9, 2026 at 4:01 PM
**To:** "DeGory, Amelia A." <adegory@jonesday.com>, Weil-Altria-MDNC <Weil-Altria-MDNC@weil.com>, Mark Perry <Mark.Perry@weil.com>, Luna Barrington <Luna.Barrington@weil.com>, "cpoe@williamsmullen.com" <cpoe@williamsmullen.com>, "sansley@paulweiss.com" <sansley@paulweiss.com>, "mbranch@paulweiss.com" <mbranch@paulweiss.com>
**Cc:** RJRMDNC-Rule60 <RJRMDNC-Rule60@jonesday.com>, "Smith, Lexi" <asmith@jonesday.com>, "Burnette, Jason T." <jtburnette@jonesday.com>, "Maiorana, David M." <dmaiorana@jonesday.com>, "Morrow, John" <john.morrow@wbd-us.com>
**Subject:** RE: MDNC -- LR 40.1(d)

Counsel:

Pursuant to L.R. 40.1(d), Please see below for the documents Altria intends to move to seal for the upcoming hearing. We look forward to discussing tomorrow.

| | | | |
|---|---|---|---|
| Altria's Exhibit List | PX-118 | Altria_MDNC_R60_0000015017 | Altria Inter-Office Correspondence from I.Feldmar Accounting Assessment for Investment in JUUL La |
| Altria's Exhibit List | PX-122 | Altria2_MDNC0000030688 | US Settlement and License Agreement between Nu |
| Altria's Exhibit List | PX-309 | Altria _MDNC_R60_0000045922 | Stock Purchase Agreement between JUUL and Altr |
| Altria's Exhibit List | PX-591 | Altria_MDNC0000185829 | Letter from M. Robinson of Stout Risius Ross, LLC Mark, US Settlement and License Agreement MFL |
| RJR Exhibit List | RX-604 | Altria_MDNC_R60_0000010309 | Email from Blaylock to Crosthwaite with attachme |
| RJR Exhibit List | RX-606 | Altria_MDNC_R60_0000014707 | Project Tree Presentation (8/21/2018) |
| RJR Exhibit List | RX-641 | Altria_MDNC_R60_0000016913 | Emails between AGI and JUUL Outside Counsel re |
| RJR Exhibit List | RX-655 | Altria_MDNC_R60_0000006574 | Term Sheet re Acorn/Tree Heat-not-Burn from JUU |
| RJR Exhibit List | RX-658 | Altria_MDNC_R60_0000006598 | Email Tepe to Garnick re Acorn/Tree HNB with atta |
| RJR Exhibit List | RX-660 | Altria_MDNC_R60_0000018139 | JUUL license to Altria for HNB patents March 3, 20 |
| RJR Exhibit List | RX-661 | ALTRIA_MDNC_R60_0000018186 | Altria, Stock Transfer Agreement, 3/3/2023 |

Altria also intends to move to seal the portions of Mr. Blaylock's and Mr. Malackowski's depositions, and Mr. Malackowski's Reports, to the extent they refer to the above-referenced materials (in the event they are offered at the hearing for any purpose). Altria also confirms that it intends to move to seal documents produced by third parties with those parties' support.



**Rachel Hujsa**
She/her/hers
Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153
rachel.hujsa@weil.com
+1 212 310 8516 Mobile
+1 212 310 8007 Fax

**From:** DeGory, Amelia A. <adegory@jonesday.com>
**Sent:** Thursday, April 9, 2026 3:50 PM
**To:** Weil-Altria-MDNC <Weil-Altria-MDNC@weil.com>; Perry, Mark <Mark.Perry@weil.com>; Barrington, Luna <Luna.Barrington@weil.com>; cpoe@williamsmullen.com; sansley@paulweiss.com; mbranch@paulweiss.com
**Cc:** RJRMDNC-Rule60 <RJRMDNC-Rule60@jonesday.com>; Smith, Lexi <asmith@jonesday.com>; Burnette, Jason T. <jtburnette@jonesday.com>; Maiorana, David M. <dmaiorana@jonesday.com>; Morrow, John <john.morrow@wbd-us.com>
**Subject:** RE: MDNC -- LR 40.1(d)

Counsel:

Attached, please find the list of exhibits that Reynolds intends to move to seal.

Reynolds also intends to requests that the courtroom be closed to the public for the limited portions of the evidentiary hearing disclosing the confidential information contained in these exhibits, and that those limited portions of the evidentiary hearing transcripts be sealed, with redacted transcripts available on the public docket.  Reynolds plans to make this request in advance to avoid any argument or suggestion that by failing to prevent public disclosure of the testimony it waived the right to maintain the confidentiality of admitted exhibits or to seek redactions of transcripts from the hearing.

Please note that Altria's list of exhibits also contains a number of exhibits that potentially contain CBI of third parties JUUL and BAT.  We trust that Altria will seek to maintain those under seal pending the appropriate support from those third parties.

We will talk to you tomorrow at 10.

Thanks,
Amelia

Amelia A. DeGory (bio)
Associate
**JONES DAY® - One Firm Worldwide®**
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
Office +1.202.879.3813
adegory@jonesday.com

**From:** Smith, Lexi <asmith@jonesday.com>
**Sent:** Tuesday, April 7, 2026 1:02 PM
**To:** Perry, Mark <Mark.Perry@weil.com>; Maiorana, David M. <dmaiorana@jonesday.com>; Burnette, Jason T. <jtburnette@jonesday.com>
**Cc:** Barrington, Luna <Luna.Barrington@weil.com>; cpoe@williamsmullen.com; RJRMDNC-Rule60 <RJRMDNC-Rule60@jonesday.com>; Morrow, John <john.morrow@wbd-us.com>
**Subject:** RE: MDNC -- LR 40.1(d)

5

Mark,

Reynolds agrees to exchange lists of what each side intends to move to seal on Thursday at 4 pm ET and we can be available to confer on Friday, April 10th, at 10 am ET.

Thanks,
Lexi

Alexis Smith (Lexi) (bio)
Partner
**JONES DAY® - One Firm Worldwide℠**
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Office +1.213.243.2653
asmith@jonesday.com

---

**From:** Perry, Mark <Mark.Perry@weil.com>
**Sent:** Monday, April 6, 2026 1:13 PM
**To:** Maiorana, David M. <dmaiorana@jonesday.com>; Smith, Lexi <asmith@jonesday.com>; Burnette, Jason T. <jtburnette@jonesday.com>
**Cc:** Barrington, Luna <Luna.Barrington@weil.com>; cpoe@williamsmullen.com
**Subject:** MDNC -- LR 40.1(d)

Counsel,

The executed trial stipulation provides that motions to seal under LR 40.1(d) are due on April 13. The rule requires the parties to meet and confer before the motions are filed.

We propose exchanging lists of documents, testimony, and anything else the respective parties intend to move to seal at 4:00 ET on Thursday, April 9, with a meet-and-confer to follow on Friday, April 10 before 2:00 PM ET.

Will that work for Reynolds?

Thanks.

MAP



**Mark A. Perry**

Weil, Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
mark.perry@weil.com
+1 202 682 7511 Direct
+1 540 692 2460 Mobile

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***